AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JOHNNY L. VAUGHN,

Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV123-44

WALTER BERRY,

Respondent,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated June 20, 2023, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. The Petitioner's 28 U.S.C. § 2254 petition is dismissed. The Court denies a COA in this case and Petitioner is not entitled in forma pauperis status on appeal. This action stands closed.



| June 20, 2023 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |

GAS Rev 10/2020